## No. 13,534.

AMERICAN MEDICAL AND DENTAL ASSOCIATION *v.* HOTCHKISS ET AL.
(33 P. [2d] 1115)

Decided May 21, 1934.

Mr. GRANT L. HUDSON, for plaintiff in error.

No appearance for defendants in error.